## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **LAWRENCE C JONES #64584-060** | **CIVIL ACTION NO. 23-cv-811 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **C GARRETT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 14] previously filed herein, and having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lawrence C. Jones's ("Jones") Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, as Jones cannot meet the requirements of the savings clause.

**Monroe, Louisiana**, this the 18th day of October 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE